AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Michael A. Bigley
was received by me on *(date)* 4/19/14 .

☐ I personally served the summons on the individual at *(place)*
                                                             on *(date)*                    time:

☒ I left the summons at the individual's residence or usual place of abode with *(name)* CAROLYN BIGLEY
WIFE                                  , a person of suitable age and discretion who resides there,
on *(date)* 4/24/14       , and mailed a copy to the individual's last known address; or
            12:58 PM

☐ I served the summons on *(name of individual)*                                               , who is
designated by law to accept service of process on behalf of *(name of organization)*
                                                             on *(date)*                    ; or

☐ I returned the summons unexecuted because                                                   ; or

☐ Other *(specify)*:


My fees are $   0   for travel and $   0   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 4/24/14

Bryan Muth
*Server's signature*

BRYAN MUTH  REGISTERED PROCESS SERVER
*Printed name and title*

P.O. Box 72358  Phx, AZ 85050
Lic# 1542049 & 7203

*Server's address*

Additional information regarding attempted service, etc:

2411