Michael & Carolyn Bigley, Pro Se
3115 E. Park Ave.
Gilbert, Arizona 85234
Phone: 480 545 2996

FILED ___ LODGED
RECEIVED ___ COPY

MAY 1 6 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil No. 2:14 - CV- 00729-MHB |
| v. ) | |
| ) | THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING |
| Michael A. Bigley, Carolyn E. Bigley ) | TO FEDERAL AND/OR LOCAL RULES AND PRACTICES |
| ) | AND IS SUBJECT TO REJECTION BY THE COURT. |
| Defendants ) | |
| Pro Se ) | REFERENCE: 5.4 |
| ) | (Rule Number/Section) |

## REQUEST FOR EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT

COMES NOW, Defendants - Michael A. Bigley and Carolyn E. Bigley, Pro Se. Defendants hereby request that this Court grant an extension of time for filing the their answer to the complaint of not less than 120 days. As for the grounds in support of this request, I state as follows;

1. Plaintiff has filed a civil action against Defendants Michael A. and Carolyn E. Bigley and others to reduce Notices of Federal Tax Liens to Judgment and foreclose on property belonging to Robert B. and Raeola Kelso.

2. A review of the complaint shows it was filed on April 8, 2014.

3. Defendants Bigley's were served with the summons on April 25, 2014.

4. Defendant Michael A. Bigley was out of state on a family related emergency, when the complaint was serviced on April 25, 2014 and had just returned to Arizona on May 5, 2014.

5. I am not schooled in law, and I have never been sued a party of a lawsuit before and therefore I need to spend a lot of my time doing research on how to properly respond.

6. A review of the US District Court rules, show that they are different than the U.S. Tax Court rules. Since I am unfamiliar with these rules and even the required or acceptable format to do an Answer to the Complaint.

7. Defendants Bigley's are currently seeking legal advice as to how to respond.

8. Currently I have two timely filed Appeals to the 9th Circuit Court regarding the Tax Court cases 17747-12L and 17529-12L, both cases are directly connected to this Civil Action # 2:14-CV-00729-MHB, and the Notices of Federal Tax Liens the Complainant wishes to reduce to judgment.

9. The issues in this case are very complex, and will require a substantial amount of time to perform effective research.

10. Defendants are requesting an additional 120 days to respond to the Complaint to reduce the Notices of Federal Tax Liens to judgment.

11. Our reasons are not to delay or impede the United States in any way; but to exercise our rights, gather information and relevant material facts to support our defense against the claims made by the Plaintiff.

SUBSCRIBED AND DATED as follows:

Date: 5-15-2014                             _____/s/ M A Bigley_____
                                            Michael A. Bigley, Defendant - Pro Se

Date: 5 May 2014                            _____/s/ Carolyn E Bigley_____
                                            Carolyn E. Bigley, Defendant - Pro Se
                                            3115 E. Park Ave.
                                            Gilbert, Arizona 85234

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO ANSWER COMPLAINT, with attachments, has been made this 15th day of May 2014, by depositing a copy thereof in the United States Mail in a postage prepaid envelope addressed to:

US DISTRICT OF ARIZONA
Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street, Ste 130, SPC 1
Phoenix, AZ 85003-2118

JOHN S. LEONARDO
United States Attorney
District of Arizona
40 North Central Avenue Ste 1200
Phoenix, Arizona 85004-4408

ANNE E. NELSON
NITHYA SENRA
P.O. Box 683. Ben Franklin Station
Washington, D.C. 20044-0683

*/s/ M A Bigley*
Michael A. Bigley, Defendant - Pro Se

*/s/ Carolyn E Bigley*
Carolyn E. Bigley, Defendant - Pro Se
c/o 3115 E. Park Ave.
Gilbert, Arizona 85234