IN  THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA


UNITED STATES OF AMERICA        v.     MICHAEL A. BIGLEY, et al. _____

JUDGE H. RUSSEL HOLLAND              CASE NO. __2:14-cv-0729-HRH_____


PROCEEDINGS:     ORDER FROM CHAMBERS

=================================================================

        Defendants Bigley request an extension of time within which to respond to plaintiff's complaint.[1]  Defendants request a 120-day extension of time.

        In light of defendants' <u>pro se</u> status and their extant efforts at obtaining legal advice, an extension of time is granted; however, 120 days strikes the court as excessive.   Defendants shall answer or otherwise respond to plaintiff's complaint on or before July 15, 2014.

=====================

---

[1]Docket No. 14.

Order from Chambers – Motion for Extension of Time                                    - 1 -