Michael A. Bigley, *Pro Se*
Authorized Representative
c/o 3115 E. Park Ave.
Gilbert, Arizona [85234]
Phone: 480 545 2996

FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 0 2 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>MICHAEL A. BIGLEY,<br>CAROLYN E. BIGLEY<br>Robert B. Kelso, Raeola D. Kelso,<br>and ISA Ministries,<br><br>        Defendant. | Civil No. 2:14 - CV- 00729-HRH |

### NOTICE TO THE COURT AND ALL OFFICERS OF THE COURT

DEFENDANT, Michael A. Bigley, the authorized representative for the Defendant MICHAEL A. BIGLEY (hereinafter "Defendant"), *Pro Se*, hereby file this Notice to the Court. This document is NOT a Motion it is a NOTICE and should be filed as such. Attached to this NOTICE is a copy of an letter Defendant has written to the United States Attorney General reporting of crimes committed by Officers of the Court, and IRS employees in the creation of fraudulent securities, used to advance the civil action against the Defendants.

Defendant has brought up the fact to the Court that the Plaintiff and the IRS have submitted fraudulent securities before this court. The Court, Judge Holland and the US Attorney have failed to address and correct the problem and have willfully chosen to move forward using these fraudulent securities as a means to their end.

## CERTIFICATE OF SERVICE

I hereby **CERTIFY** that a true and complete copy of the **NOTICE TO THE COURT AND ALL OFFICERS OF THE COURT** and attached is a copy only of the certified letter to the United States Attorney General reporting crimes committed by the court, Officers of the Court and IRS employees. This document and the certified letter was filed with the Court were served upon each of the parties to this action and that said service was made on this 2nd day of June, 2017 upon the following persons and in the following manner:

**By:** Electronic Service

**To:**

NITHYA SENRA
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683. Ben Franklin Station
Washington, D.C. [20044-0683]

And

Robert and Raeola Kelso
4942 W 81 S
Shelley ID. [83271]

Certified by: _____
Michael A. Bigley, *Pro Se*
Authorized Representative
c/o 3115 E. Park Ave.
Gilbert, Arizona [85234]
Phone: 480 545 2996

3

Judge Holland has failed to do his duty when I reported these Fraudulent Securities to him under 18 U.S.C. § 4, and how he has created some of his own Fraudulent Securities in this case. The attached letter is being submitted without any exhibits or attachments since they are already identified as documents filed in the court by Document #.

Executed on this 2nd day of June, 2017.

_____
Michael A. Bigley, Defendant – Pro Se
c/o 3115 E. Park Ave.
Gilbert, Arizona [85234]

\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\